**99–1072.  State ex rel. Freeman–McCown v. Fuerst.**
In Mandamus.  On motion to dismiss or, in the alternative, motion for summary judgment.  *Sua sponte,* cause dismissed.
Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**99–1081.  State ex rel. Dominguez v. McEvilley.**
In Mandamus.  On complaint in mandamus by Jose Dominguez.  *Sua sponte,* cause dismissed.
Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer and Cook, JJ., concur.
Lundberg Stratton, J., dissents and would grant the writ.

**99–1115.  State ex rel. Martin v. Ohio Adult Parole Auth.**
In Mandamus.  On answer of respondent Ohio Adult Parole Authority.  *Sua sponte,* cause dismissed.
Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**99–1116.  State ex rel. Jackson v. Pokorny.**
In Mandamus.  On motion to dismiss. Motion to dismiss sustained.  Cause dismissed.
Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**99–1126.  Pankey v. Ohio Adult Parole Auth.**
In Habeas Corpus.  On petition for writ of habeas corpus by Benjamin Pankey and request for production of documents.  *Sua sponte,* cause dismissed.
Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**99–1131.  State ex rel. Karlen v. Christley.**
In Mandamus.  On motion to dismiss. Motion to dismiss sustained.  Cause dismissed.
Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**99–1139.  State ex rel. Murin v. Nash.**
In Habeas Corpus.  On petition for writ of habeas corpus by David Murin.  *Sua sponte,* cause dismissed.
Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**99–1170.  State ex rel. Richie v. DeWeese.**
In Procedendo.  On motion to dismiss. Motion to dismiss sustained.  Cause dismissed.
Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**99–1186.  Engle v. State.**
In Habeas Corpus.  On petition for writ of habeas corpus by Raymond Engle.  *Sua sponte,* cause dismissed.
Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**99–1231.  Howard v. Spore.**
In Prohibition.  On complaint in prohibition by Gregory T. Howard, motion for judgment on the pleadings, motion for separate findings of fact and conclusions of law, motion to dismiss of Russell W. Porritt II, and motion to dismiss of Judson P. Spore.  *Sua sponte,* cause dismissed.
Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**99–1245.  Anderson v. Indian Valley School Dist. Bd. of Edn.**
Tuscarawas App. Nos. 1998AP120123 and 1998AP120124.  On review of order certifying a conflict.  The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B).  This cause is therefore dismissed.
Moyer, C.J., Resnick, F.E. Sweeney, Cook and Lundberg Stratton, JJ., concur.
Douglas and Pfeifer, JJ., dissent.